UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80072-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RICHARD ISRAEL LAZARO,**

    Defendant.

_____/

**<u>ORDER ACCEPTING REPORT AND RECOMMENDATION</u>**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ryon M. McCabe following Change of Plea Hearing [ECF No. 50].  On July 17, 2025, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 47] during which Defendant pled guilty to Count 3 of the Indictment [ECF No. 16] pursuant to a written plea agreement and stipulated factual basis [ECF Nos. 48–49].  Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 3, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 16].  No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 50] is **ACCEPTED**.

2. The guilty plea entered by Defendant **Richard Israel Lazaro** as to Count 3 of the Indictment is **ACCEPTED**.

CASE NO. 25-80072-CR-CANNON

3. Defendant **Richard Israel Lazaro** is adjudicated guilty of Count 3 of the Indictment, which charges Defendant with Illegal Reentry into the United States after Deportation or Removal, in violation of 8 U.S.C. § 1326(a) and (b)(1).

**ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of August 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record